1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorneys
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00046-AWI BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEPHEN DENNIS BUCK, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 24, 2013 at 1:00 p.m.

2. By this stipulation, the parties now move to continue the status conference until July 22, 2013 at 1:00 p.m. and to exclude time between June 24, 3013 and July 22, 2013 under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. Information was received from law enforcement sources in Arizona that the defendant was found deceased on May 27, 2013.

   b. The information was confirmed by his pre-trial services officer Lydia Serrano. As of this date, the government does not have a copy of defendant's official death certificate.

1

        c.      For technical reasons, the government is not in a position to file a dismissal motion prior to the status conference currently set for June 24, 2013 but is fairly certain that said motion can be filed prior to the requested date of July 22, 2013.

        d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2013 to July 22, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's interest in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 20, 2013                  /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

DATED: June 20, 2013                  /s/ Roger Nuttall
                                          ROGER NUTTALL
                                          Attorney for Defendant

IT IS SO ORDERED.

    Dated:   **June 20, 2013**                  /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE