| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LAUREL J. MONTOYA<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite. 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (916) 559-4000<br>Facsimile: (916) 559-4099 |
| 5 | |
| 6 | Attorney for PLAINTIFF |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>STEPHEN DENNIS BUCK,<br><br>                  Defendant, | CASE NO. 1:13-CR-00046-AWI BAM<br><br>GOVERNMENT'S REQUEST TO DISMISS INDICTMENT AND ORDER<br>[Fed.R.Crim.Proc. 48(a)] |

    Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment without prejudice and recall the arrest warrant in this case. The defendant was found deceased on May 27, 2013. A death certificate has not yet been issued in this matter.

Dated: June 3, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/  Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

///

///

Motion to Dismiss and Order         1

1 | IT IS ORDERED that the Indictment in this matter be dismissed without prejudice and the arrest
2 | warrant be recalled.

IT IS SO ORDERED.

Dated: July 22, 2013

_____
SENIOR DISTRICT JUDGE